```
             FILED
    CLERK, U.S. DISTRICT COURT

         APR 29 2013

   CENTRAL DISTRICT OF CALIFORNIA
                        DEPUTY
   BY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07- 632-ABC |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| v. | ) |
| OMAR PAO VELAZQUEZ Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will make all future appearances in Court given the nature of the offense and unknown bail resources and background information._

IT IS ORDERED that defendant be detained.

DATED: 4/29/2013

_Patrick J. Walsh_
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE